

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-9-2010

# J.S. v. Blue Mt Sch Dist

Precedential or Non-Precedential: Precedential

Docket No. 08-4138

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"J.S. v. Blue Mt Sch Dist" (2010). *2010 Decisions.* Paper 1419.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1419

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-4138

J.S., a minor, through her parents;
TERRY SNYDER; STEVEN SNYDER,
                                        Appellants

v.

BLUE MOUNTAIN SCHOOL DISTRICT;
JOYCE ROMBERGER; JAMES McGONIGLE

(MDPA Civil Action No. 07-cv-00585)

PRESENT:   SCIRICA, Chief Judge, SLOVITER, McKEE, RENDELL, BARRY,
           AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN,
           HARDIMAN and GREENAWAY, Circuit Judges

**ORDER**

Upon consideration of the petition for rehearing filed by appellants and the answer filed by appellees, it is hereby O R D E R E D that the petition for rehearing en banc is granted.  It is

FURTHER ORDERED that the opinion and judgment filed February 4, 2010, are hereby vacated.

The matter will be argued before the en banc court on Thursday, June 3, 2010, at 10:00 a.m.

By the Court,

/s/ Anthony J. Scirica
Chief Judge

Date: April 9, 2010

tmk/cc: Mary E. Kohart, Esq.
Aliceson K. Littman, Esq.
Mary Catherine Roper, Esq.
Tara S. Sarosiek, Esq.
Witold J. Walczak, Esq.
Jonathan P. Riba, Esq.
Robert D. Richards, Esq.
Marsha L. Levick, Esq.
Lourdes M. Rosado, Esq.